STATE v. HARGROVE

No. 57P83.

Case below: 60 N.C. App. 174.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 March 1983.

STATE v. HORNE

No. 32P83.

Case below: 60 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. JOHNSON

No. 688P82.

Case below: 59 N.C. App. 362.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.

STATE v. KIDD

No. 27P83.

Case below: 60 N.C. App. 140.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. MOSLEY

No. 707P82.

Case below: 59 N.C. App. 238.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.